

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2015

No. 04-15-00005-CV

**IN THE ESTATE OF JACK HIROMI IKENAGA SR.**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-4330
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellant's reply brief was due on October 13, 2015. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellant filed a motion for extension of time to file the reply brief until October 28, 2015, for an extension of fifteen days.

Appellant's motion is GRANTED. Appellant's reply brief must be filed by October 28, 2015. *See id.* R. 38.6(d). **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S REPLY BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court